# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | |
| **Kathie Claire Mendez-Miller,** ) | |
| **Kavin Edward Miller,** ) | **Case No. 09-01147-JDP** |
| ) | **Chapter 7** |
| **Debtors.** ) | |
| _____ ) | |

## MEMORANDUM OF DECISION

Before the Court for consideration is Trustee's Final Report, Doc. No. 25, and Trustee's Application for Compensation and Reimbursement of Expenses, Doc. No. 25, both filed by chapter 7 trustee, Richard E. Crawforth ("Trustee").   On March 10, 2011, the Court entered an "Order to Trustee", Doc. No. 29, asking the Trustee to file an affidavit in support of his fee request; Trustee filed his Affidavit on March 25, 2011, Doc. No. 30. Having now considered the Trustee's submissions, and other information appearing in the record in this case, and based thereon, the Court finds and concludes that  reasonable compensation for Trustee's services in this case

MEMORANDUM OF DECISION  - 1

is the sum of $1,000.   *See* 11 U.S.C. § 330(a);  *In re B & B Autotransfusion*

*Servs., Inc.*, 2011 WL144907 (Bankr. D. Idaho Jan. 18, 2011).

Accordingly, Trustee is directed to either (1) submit an order for

immediate entry approving Trustee's Final Report and approving

distribution of funds in this case consistent with this Decision,; or (2) set his

fee request for an evidentiary hearing.

**Dated:  March 28, 2011**

_____
**Honorable Jim D. Pappas**
**United States Bankruptcy Judge**

MEMORANDUM OF DECISION  - 2